# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

GWEN BOCCHINFUSO, and
JAMES BRENDLE individually and
on behalf of all others similarly
situated,

     Plaintiffs,

THE WONDERFUL COMPANY
LLC

     Defendant.

Case No. 3:24-cv-08005-ZNQ-JTQ

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action, inclusive of all claims asserted by Plaintiff individually against Defendant, be, and the same hereby are, dismissed in their entirety with prejudice, with each party bearing its own fees and costs. All claims of the putative class are hereby dismissed without prejudice.

Date: March 4, 2026

KAZEROUNI LAW GROUP, APC

By: ___*/s/ Ross Schmierer*___
     Ross Schmierer
     *Attorney for Plaintiffs*

ROLL LAW GROUP

By: ___*/s/ Reid P. Davis*___
     Reid P. Davis, Esq.
     *Attorney for Defendant*

**SO ORDERED** this **5th** day of **MARCH 2026**.

*s/ Zahid N. Quraishi*
**HON. ZAHID N. QURAISHI**
**UNITED STATES DISTRICT COURT**